# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

MO-KAN IRON WORKERS PENSION )
FUND, et al. )
  )
      Plaintiffs, )
  )  Case No. 16-00393-CV-W-ODS
v. )
  )
PRECISE CONCRETE, LLC, )
  )
      Defendant. )

### ORDER SETTING JUDGMENT DEBTOR EXAMINATION

Pending before the Court is plaintiffs' Motion for Judgment Debtor Examination. On August 30, 2016, plaintiffs obtained a judgment against the defendant in the amount of $71,819.63. The motion states that the plaintiffs have been unsuccessful in their attempts to execute on the judgment.

Based on the foregoing, it is

ORDERED that the plaintiffs' Motion for Judgment Debtor Examination (doc #16) is granted. Defendant Precise Concrete, LLC, shall appear at 9:30 a.m. on Thursday, May 11, 2017, before Magistrate Judge Sarah W. Hays, Courtroom 6E, United States Courthouse, 400 East Ninth Street, Kansas City, Missouri, to undergo an examination under oath concerning the ability of Precise Concrete, LLC, to satisfy the judgment entered on August 30, 2016. It is further

ORDERED that defendant Precise Concrete, LLC produce at the examination the following records and documents:

1. All deeds, leases, contracts, and other documentation as to real estate owned by defendant or in which defendant holds an interest;

2. Evidence of any sale or purchase of real estate made by defendant subsequent to August 30, 2016;

3. All stock certificates, bonds, or other securities in defendant's name or held jointly by defendant and another or others, including options to purchase any securities, along with certification by its broker or banker of the current market value of said stocks, bonds, and securities;

4. All promissory notes, contracts, documents, or papers of any nature, kind, or description whatsoever in which defendant, individually or jointly with another or others, is the present or future payee, obligee, or beneficiary;

5. All contracts or other obligations in effect between defendant and any other individual(s), partnership(s), or corporation(s);

6. Defendant's federal income tax returns for the past three (3) years;

7. Defendant's state income tax returns for the past three (3) years;

8. All of defendant's bank books and statements from all banks or other financial institutions in which it has an account of any kind, whether as an individual or jointly with another or others, or in the name of a business in which it has or owns an interest;

9. Title and registration certificates for all automobiles and other vehicles in defendant's name, whether individually or jointly with another or others;

10. Proof of all liabilities of defendant;

11. All credit cards held by defendant;

12. Any other documents, books, records, accounts, or journals tending to show defendant's assets or net worth;

13. Business records for the present and past three (3) calendar years which reflect assets, liabilities, gross receipts, and expenses for any sole proprietorship, partnership, or corporation in which defendant owns any interest;

14. All trust agreements in which, by name or otherwise, defendant is the settlor/trustor/grantor/donor, or the trustee/grantee/donee/beneficiary;

15.     All financial statements furnished by defendant to another or others within the past three (3) years; and

16.     A schedule of all of defendant's regular or normal monthly disbursements for such items as rent, utilities, repayment of loans, other business expenses, etc., including the amount paid, the name and address of the payee, whether paid by cash, check or money order, and, if payment is on an installment debt, the amount of debt still owing and, if applicable, a description of any property given as security for the debt.

It is further

ORDERED that the Clerk of Court serve a copy of this Order by regular mail and certified mail, return receipt requested, upon defendant Precise Concrete, LLC, c/o Legalinc Corporate Services, Inc., Registered Agent, 12747 Olive Blvd, Suite 300A, St. Louis, Missouri, 63141.  It is further

ORDERED that the failure to appear as ordered may result in arrest and punishment for contempt of court.

*/s/ Sarah W. Hays*
SARAH W. HAYS
UNITED STATES MAGISTRATE JUDGE